UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DENNIS PIWINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Cause No. 2:24-CV-285-PPS-JEM |
| ) | |
| OLIPHANT USA, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff, Dennis Piwinski, and Defendant Oliphant USA, LLC, filed a Joint Stipulated Motion to Dismiss with Prejudice [DE 13], stipulating to the dismissal of this entire case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Stipulated Motion to Dismiss with Prejudice [DE 13] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause and all claims asserted therein **WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: November 13, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT